UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KEITH RUSSELL JUDD, etc.,

        Petitioner,

vs.                                    Case No. 3:01-cv-1028-J-20TJC

UNITED STATES OF AMERICA,
et al.,

        Respondents.
_____

**ORDER**

    1.   Petitioner's Motion to Reconsider Decision or Objections to Magistrate's Report & Recommendation (Doc. #19) is **STRICKEN**. There was not a Report and Recommendation entered by a Magistrate Judge in this case.  <u>See</u> Court's Order of Dismissal Without Prejudice (Doc. #3), filed September 17, 2001.

    2.   This Court takes judicial notice of the frivolous and repetitive post-judgment motions and appeals that Petitioner has filed in this case, in which he has needlessly utilized a substantial amount of the valuable and limited resources of the Clerk's Office and this Court.[1]  It is this Court's duty to ensure that litigants proceed responsibly and do not abuse the judicial

---

[1] This case was dismissed on September 17, 2001. Since that time, Petitioner has filed four post-judgment motions and three appeals in this case.

process. In this case, this Court will not enter repetitive rulings. Such a utilization of time is not in the interests of justice. Therefore, this Court will not entertain any more post-judgment motions in this case. No motions to proceed *in forma pauperis* on appeal will be entertained because this Court has previously determined in this case that Petitioner is not entitled to proceed as a pauper. Thus, the **Clerk of Court is hereby directed to terminate** all post-judgment motions presently pending and filed in the future in this case. **The Clerk's termination of all post-judgment motions presently pending and filed in the future will serve as a denial of such requests filed by Petitioner in this case.**[2]

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

sc 6/14
c:
Keith Russell Judd

---

[2] This Court takes judicial notice of Case No. 3:00-cv-239-J-20B, in which this Court entered a similar Order for Plaintiff's filing of repetitive and frivolous post-judgment motions and appeals.